## STATEMENT OF FACTS

This affidavit is submitted for the limited purpose of establishing probable cause and does not contain all facts known to me or to other investigators involved in this matter. Because I was not present at the scene of the defendant's arrest, the information contained herein is based on my investigation, which included reviewing reports, speaking with other investigators, and examining surveillance footage from the incident location.

On February 7, 2026, uniformed members and agents of the United States Secret Service ("USSS") were patrolling the area near 1300 I Street Northwest, Washington, D.C., pursuant to Executive Order 1452, Making the District of Columbia Safe and Beautiful. At approximately 8:31 p.m., the USSS officers responded to Kitchen and Kocktails, a restaurant and bar at that location, to assist members of the Metropolitan Police Department with an alleged assault in progress.

When the USSS officers arrived, the manager of the establishment ("CP-1") escorted them to the lower level of the restaurant and pointed out S-1, who was later identified by his Maryland driver's license as Mark West ("WEST"), date of birth ████████. CP-1 requested that WEST be removed from the location. Two of the USSS officers, A. Sumpter, badge #2558, and M. Castillo, badge #3343, approached WEST and informed him that management was requesting he leave. The officers also told WEST that they could go upstairs to talk about the situation further.

WEST yanked his arm out of the grasp of Officer Castillo and refused to leave the establishment. S-2, later identified by his District of Columbia driver's license as ████████ ("████████"), then stepped in between law enforcement and WEST.

While ████████ was attempting to intervene, WEST stepped away and the officers observed him reaching inside the front of his jacket and blading his body so that his front side was not visible. Accordingly, Officer Castillo yelled "he's reaching" several times, and Officer Sumpter bear hugged WEST and took him to the ground. As WEST was on the floor face down, he placed his arms between his waistband and the ground, preventing the officers from gaining control of his arms. Law enforcement gave several commands for WEST to stop reaching and to get his arms out from underneath him, but WEST refused to comply. Ultimately, law enforcement deployed a taser twice to gain compliance and handcuff WEST.

The USSS officers then picked WEST off the ground. While doing so, Officer Sumpter observed a black firearm fall from WEST's waistband onto the floor. WEST then attempted to kick the firearm, which prompted law enforcement to bring him to the ground again to get him away from the weapon. Agent Q. Tucker, badge #A12685, then stepped on the firearm and retrieved it from the floor. WEST was eventually removed from the location and placed under arrest for, among other things, Assault with a Deadly Weapon-Gun.

The recovered firearm was later determined to be a Glock 26 pistol containing sixteen rounds of 9mm ammunition inside of a seventeen-round capacity Glock magazine. Law enforcement conducted a gun registration check for the firearm which came back as stolen. Law enforcement also confirmed that WEST did not have a District of Columbia concealed carry license, firearm registration, or registration certificate to possess ammunition.

Further, WEST was previously convicted of a crime punishable by more than one year imprisonment. Specifically, in the Superior Court of the District of Columbia, Case No. 2015 CF2 009878, WEST was convicted of Attempted Distribution of a Controlled Substance (Cocaine) and sentenced to, among other things, twenty-four months of incarceration with all but eighteen months suspended. Additionally, in the Circuit Court for Charles County, Maryland, Case No. 08-K-15-000039, WEST was convicted of Armed Robbery and Firearm Use/Felony/Violent Crime and was sentenced to, among other things, twenty years of incarceration with all but ten years suspended.

Finally, no firearms or ammunition are manufactured within the District of Columbia; therefore, the recovered firearm and ammunition traveled in and affected interstate commerce.

Respectfully Submitted,

Melissa Lawrence
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on February 9, 2026.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE

2