Government ☑
Plaintiff ☐
Defendant ☐
Joint ☐
**Court** ☐

UNITED STATES OF AMERICA

**VS.**

MARK ANTOINE WEST

**Civil/Criminal No.** 26-cr-47 (AHA)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Video | 4/1/2026 | | | |
| 2 | Video | 4/1/2026 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |